# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date:     April 9, 2007
Court Reporter:    Paul Zuckerman
Probation Officer: Dee Clark

Criminal Action No. 05-cr-00141-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Jaime Pena
                                              Gregory Rhodes

        Plaintiff,

v.

7. RONALD DEAN DEHERRERA,                     Donald Knight

        Defendant.

## SENTENCING MINUTES

**10:15 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on December 12, 2005. Defendant pled guilty to Count 1 and 3 of the First Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government requests downward departure (Doc. #1198). Defendant requests further downward departure. Argument by Mr. Knight and Mr. Pena.

The defendant does contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by Mr. Knight and Mr. Pena.

Allocution. - Statement made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**  Government's Motion for Downward Departure **(Doc. #1198)** is **GRANTED.**

**ORDER:**   Defendant's request for downward departure is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:24 a.m.   Court in recess.**

Total Time:    1 hour 9 minutes
Hearing concluded.