UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. **RONALD DEAN DEHERRERA, a/k/a "DINO,"**
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

---

# ORDER
---

THIS MATTER comes before the Court upon the filing of the Motion for Sentencing Relief Pursuant to 18 U.S.C. § 3582(c)(2) (Motion) **(#1479)** on April 8, 2008, by Defendant Ronald Dean DeHerrera. Having reviewed the Motion,

**IT IS ORDERED** that the Government shall have up to and including **April 21, 2008**, in which to respond to the Motion. It is

**FURTHER ORDERED** that the Probation office shall have **20 days** thereafter to

prepare and serve (per Rule 32) a supplemental presentence report in conformance with 28 U.S.C. § 3553(a), 28 U.S.C. § 3582(c)(2) and §1.B1.10 of the FEDERAL SENTENCING GUIDELINES. In addition to such required information, the report shall state where the Defendant is incarcerated, and whether that institution has video-conferencing capabilities. It is

**FURTHER ORDERED** that the Defendant and the United States Attorney shall respond to the supplemental presentence report on or before **May 21, 2008.**

DATED this 9th day of April, 2008.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge