✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RONALD DEAN DEHERRERA ) | Case No: 05-cr-00141-MSK-07 |
| a/k/a "Dino" ) | USM No: 33393-013 |
| Date of Previous Judgment: April 12, 2007 ) | Lisa Fine Moses, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    X  DENIED.  ❐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❐ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**
The Judgment reflected a sentence that varied below the range calculated under the Federal Sentencing Guidelines. Although the modification in the guideline calculations lowers the range, the range remains above the original sentence imposed. No further variance is warranted.

Except as provided above, all provisions of the judgment dated   April 12, 2007, shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   September 29, 2008                              *s/Marcia S. Krieger*
                                                                                                     Judge's signature

Effective Date: _____                              Marcia S. Krieger, United States District Judge
     (if different from order date)                              Printed name and title