IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK-07

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RONALD DEAN DeHERERRA,

        Defendant.

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

        On August 23, 2011, the probation officer submitted a petition for early termination of supervised release in this case. On August 25, 2011, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on August 25, 2011. On August 29, 2011, the United States filed a Response to the Petition stating that there are no objections to the proposed relief. Accordingly, it is

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED this 30th day of August, 2011.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge